## PRESTON v. STATE.

No. 26941.

Court of Criminal Appeals of Texas.

April 7, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction, on his plea of guilty before the court, is for the offense of driving a motor vehicle while intoxicated; the punishment, a fine of $100.

There is no statement of facts or bill of exception in the record. All proceedings appear to be regular and nothing is presented for review by this court.

The judgment is affirmed.